UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

10/28/2015

Clerk of USDC
District of Columbia

RE:        Kraft et al v. American Airlines Group et al
MDL No.     2656
USDC Case No.   2015cv6216

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/28/2015.

- Was electronically transmitted to:   United States District Court, District of Columbia

- Paper documents sent via certified mail:

Please acknowledge receipt of this letter.

                    Sincerely yours,

                    Thomas G. Bruton, Clerk

                    By:     Scott White
                          Deputy Clerk

Enclosures

New Case No. _____       Date _____

cc:     Non-ECF Attorneys and Pro se Parties